UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Claire C. Cecchi |
| v. | : Crim. No. 12-268 (CCC) |
| DOMINGO FUENTES and MANUEL SALGADO | : ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of defendants Domingo Fuentes (by Robert DeGroot, Esq.) and Manuel Salgado (by Joseph R. Rubino, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the United States, by Paul J. Fishman, United States Attorney (Assistant United States Attorney Charlton A. Rugg appearing), and each of the defendants being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and each defendant desire additional time to finalize plea agreements, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 12th day of June, 2012,

IT IS ORDERED that the trial date of June 25, 2012, is adjourned for a period of 90 day from the date of this order, and;

IT IS FURTHER ORDERED that 90 days from the date this order is signed shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Charlton A. Rugg
Assistant U.S. Attorney


_____
Robert DeGroot, Esq.
Counsel for defendant Domingo Fuentes

_____
Joseph R. Rubino, Esq.
Counsel for defendant Manuel Salgado

WHEREFORE, on this _____ day of June, 2012,

IT IS ORDERED that the trial date of June 25, 2012, is adjourned for a period of 90 day from the date of this order, and;

IT IS FURTHER ORDERED that 90 days from the date this order is signed shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

 

_____
HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Charlton A. Rugg
Assistant U.S. Attorney

_____
Robert DeGroot, Esq.
Counsel for defendant Domingo Fuentes
*By: Oleg Nekritin, Esq.*
*Associate for Robert DeGroot*

_____
Joseph R. Rubino, Esq.
Counsel for defendant Manuel Salgado